IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2050

OTTER PRODUCTS, LLC, a Colorado
Limited Liability Company,

      Plaintiff,

v.

SUN WIRELESS, INC., a California
Corporation,

      Defendant.

---

**COMPLAINT AND JURY DEMAND**

---

Plaintiff Otter Products, LLC ("OtterBox"), by and through its undersigned

attorneys, for its Complaint against Sun Wireless, Inc. ("Sun Wireless") states as

follows:

**<u>PARTIES</u>**

1.     Plaintiff OtterBox is a Colorado limited liability company with its

principal place of business at 209 S. Meldrum Street, Fort Collins, Colorado

80521.

2.     Upon information and belief, Defendant Sun Wireless, Inc. is a

California Corporation with a principal place of business at 45961 Warm Springs

Boulevard, Units 6 and 7, Fremont, California 94539.

## JURISDICTION AND VENUE

3.     This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, *et seq.*

4.     This court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1338.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400 because Sun Wireless is engaged in the regular, continuous, and systematic transaction of business in this judicial district, including the distribution, sale, and/or offer for sale of the following products through its website: Robot Box for iPhone 4, Combo Case for BB8900, Combo Case for BB9000, Evo Combo Case, Robot Box HTC Thunderbolt 6400, Robot Box for Pillar M615/ Pinnacle M635, LG Esteem MS910 Robot Box, Robot Box Yellow with Black for Optimus MS690, Robot Box for Clutch 2+ i475, Robot Box for Theory WX430, Robot Box for Freeform III R380, Robot Box for i997 Infuse 4G, Net-Combo case for Optimus MS690, Net Case Design for Galaxy Tab P1000.

## OTTERBOX'S INTELLECTUAL PROPERTY

6.     On April 26, 2011, United States Patent No. 7,933,122 ("the '122 Patent"), entitled "PROTECTIVE ENCLOSURE FOR A COMPUTER," was duly and legally issued to Curtis R. Richardson, Alan Morine, Brian Thomas, Jamie Lee Johnson, and Jason Michael Thompson.  A true and correct copy of the '122 Patent is attached as **Exhibit A**.

7.     The '122 Patent is enforceable and, pursuant to 35 U.S.C. § 282,

enjoys a statutory presumption of validity.

8.      By assignment, OtterBox owns all rights, title, and interests in and to the '122 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

9.      On July 5, 2011, United States Patent No. D641,013 ("the '013 Patent"), entitled "CASE," was duly and legally issued to Curtis Richardson, Jamie Johnson, Alan Morine, Stephen Willes, and Travis Smith.  A true and correct copy of the '013 Patent is attached as **Exhibit B**.

10.     The '013 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

11.     By assignment, OtterBox owns all rights, title, and interests in and to the '013 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

12.     On May 11, 2010, United States Patent No. D615,536 ("the '536 Patent"), entitled "CASE," was duly and legally issued to Curtis R. Richardson, John H. Loudenslager, Jamie L. Johnson, W. Travis Smith and Alan V. Morine.  A true and correct copy of the '536 Patent is attached as **Exhibit C**.

13.     The '536 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

14.     By assignment, OtterBox owns all rights, title, and interests in and to the '536 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

## FIRST CLAIM FOR RELIEF
## Infringement of U.S. Patent No. 7,933,122

15.     OtterBox incorporates by reference paragraphs 1 through 14 as if set forth in their entirety.

16.     Sun Wireless is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products: Robot Box for iPhone 4, Combo Case for BB8900, Combo Case for BB9000, Evo Combo Case, Robot Box HTC Thunderbolt 6400, Robot Box for Pillar M615/ Pinnacle M635, LG Esteem MS910 Robot Box, Robot Box Yellow with Black for Optimus MS690, Robot Box for Clutch 2+ i475, Robot Box for Theory WX430, Robot Box for Freeform III R380, and Robot Box for i997 Infuse 4G.

17.     Sun Wireless's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products constitute direct infringement of the '122 Patent, in violation of 35 U.S.C. § 271(a): Robot Box for iPhone 4, Combo Case for BB8900, Combo Case for BB9000, Evo Combo Case, Robot Box HTC Thunderbolt 6400, Robot Box for Pillar M615/ Pinnacle M635, LG Esteem MS910 Robot Box, Robot Box Yellow with Black for Optimus MS690, Robot Box for Clutch 2+ i475, Robot Box for Theory WX430,  Robot Box for Freeform III R380, and Robot Box for i997 Infuse 4G.

18.     Sun Wireless's infringement of the '122 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

19.     Sun Wireless's infringement of the '122 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no

adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## SECOND CLAIM FOR RELIEF
### Infringement of U.S. Patent No. D641,013

20.     OtterBox incorporates by reference paragraphs 1 through 19 as if set forth in their entirety.

21.     Sun Wireless's making, using, selling, and/or offering to sell in the United States and/or importing into the United States the Robot Box for iPhone 4.

22.     Sun Wireless's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the Robot Box for iPhone 4 constitute direct infringement of the '013 Patent, in violation of 35 U.S.C. § 271(a).

23.     Sun Wireless's infringement of the '013 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

24.     Sun Wireless's infringement of the '013 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## THIRD CLAIM FOR RELIEF
### Infringement of U.S. Patent No. D615,536

25.     OtterBox incorporates by reference paragraphs 1 through 24 as if set forth in their entirety.

26.     Sun Wireless is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the Net-Combo case for

Optimus MS690 and Net Case Design for Galaxy Tab P1000.

27.     Sun Wireless's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the Net-Combo case for Optimus MS690 and Net Case Design for Galaxy Tab P1000 constitute direct infringement of the '536 Patent, in violation of 35 U.S.C. § 271(a).

28.     Sun Wireless's infringement of the '536 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

29.     Sun Wireless's infringement of the '536 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law.  Defendants' infringement will continue unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

30.     OtterBox hereby requests a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, OtterBox prays as follows on all claims:

A.     For a temporary restraining order, and preliminary and permanent injunctions enjoining and restraining Sun Wireless, and all related entities or persons acting in concert with them, from manufacturing, selling, or offering for sale the following products: Robot Box for iPhone 4, Combo Case for BB8900, Combo Case for BB9000, Evo Combo Case, Robot Box HTC Thunderbolt 6400, Robot Box for Pillar M615/ Pinnacle M635, LG Esteem MS910 Robot Box, Robot Box Yellow with Black for Optimus MS690, Robot Box for Clutch 2+

i475, Robot Box for Theory WX430, Robot Box for Freeform III R380, Robot Box for i997 Infuse 4G, Net-Combo case for Optimus MS690, Net Case Design for Galaxy Tab P1000.

B.    For an award of OtterBox's damages as appropriate under the patent laws of the United States, comprising:

    (i)    Lost profits, in an amount to be ascertained at trial;

    (ii)    A reasonable royalty, in an amount to be ascertained at trial;

C.    For its reasonable attorneys' fees and costs; and

D.    For such other and further relief as the Court deems just and proper.

DATED: August 3, 2012                              TURNER BOYD LLP

*/s/ Anna Lam*

**Anna Lam**
Karen I. Boyd
Rachael Lamkin
James W. Beard
lam@turnerboyd.com
boyd@turnerboyd.com
lamkin@turnerboyd.com
beard@turnerboyd.com

2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
Telephone:   (650) 521-5930
Facsimile:   (650) 5210-5931

*Attorneys for Otter Products, LLC,*
*d/b/a OtterBox*