IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02050-WYD-KLM

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

SUN WIRELESS, INC., a California corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Mohammed Ashvaq's ("Ashvaq") untitled **First Motion** [Docket No. 21; Filed February 28, 2013] and **Second Motion** [Docket No. 22; Filed March 4, 2013] (collectively, the "Motions"). These two Motions are identical. Mr. Ashvaq represents himself to be the CEO of Sun Wireless (and specifically not Sun Wireless Inc.). In the Motions, he seeks an extension of time to obtain an attorney and to postpone determination of Plaintiff's Motion for Default Judgment [#18]. However, it has now been four-and-a-half months since Mr. Ashvaq filed the Motions, and no attorney has entered his appearance on behalf of Defendant. More importantly, though, a corporation, partnership, or other legal entity "cannot appear without counsel admitted to practice before this court . . . ." D.C.COLO.LCivR 83.3D. Further, in the absence of such counsel, "pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity." D.C.COLO.LCivR 83.3D. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#21, #22] are **STRICKEN**.

    Dated: July 17, 2013